To Whom it May Concern:

My name is LeTura Sanders, born 1983, residing in Lane Murray Dept. of Justice. I've been in custody since 2020. I was just transferred here. I wish you all requesting a packet to file a lawsuit. Since being in PRISON, I've lost 100 pounds. I'm not being treated fair (equal) and I was told someone is using my name. I was also told that someone used DNA (mine) from LABS to plant it in a crime. Both of my legs are different & the circulation in my hands, legs, & feet are horrindus. I'm not being given the RIGHT Medication. I have paperwork on my charge. I'm still CFS status, after 6yrs. I've been sexually assaulted, having major health problems. I was given a cup w/ HIV fluids. I've been assaulted 3 times. I want to file lawsuit on the prison for my Health. Can you look into my charges. Start an investigation for my safety & security. Can you send me the proper paperwork. Thanks so much. 12/20/23.

Sanders, LeTura #2426871

Civil Rights Violation

REDACTED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 28 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

7-23CV-136-0

From:
Laura Sanders # 04068711
1910 N. Hwy 36 Byp 285
Gatesville, TX 76596



AUSTIN TX 787
RIO GRANDE DISTRICT
21 DEC 2023 PM 3 L



RECEIVED
DEC 28 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL MAIL

Federal Courthouse
1000 Lamar St.
Wichita Falls, TX
76301

76301-340299