**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **LETURA SANDERS,** | § | |
| **TDCJ No. 02426871,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:23-cv-136-O** |
| | § | |
| **LANE MURRAY DEP'T OF JUSTICE,** | § | |
| | § | |
| **Defendant.** | § | |

## JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **30th day** of **January, 2024**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**